GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629

*The application is ✓ granted, ___ denied.*
*Page Limit Extended to 12 pages TOTAL*

*Nelson S. Roman, U.S.D.J.*
*Dated: 10 | 31 | 19*
*White Plains, New York 10601*

October 31, 2019

By Email

Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    Doe v. Vassar College, 7:19-cv-09601 (NSR)(JM)

Dear Judge Roman:

    We represent Plaintiff John Doe in the above-referenced action.   Currently
pending before Your Honor is Plaintiff's Order to Show Cause for Preliminary Injunction.  We
are scheduled to file Plaintiff's reply memorandum tomorrow, November 1.  We write, pursuant
to Your Honor's Individual Practices in Civil Cases, to request permission to file a reply
memorandum in excess of 10 pages in reply to Defendant's 26 page opposition brief.

Respectfully submitted,

William B. Fleming

Cc:    Monica S. Barrett, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10 | 31 | 2019