# LESTER SCHWAB KATZ & DWYER, LLP
100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

**ELLEN NIMAROFF**
Writer's Direct Dial: (212) 341-4249
E-Mail: enimaroff@lskdnylaw.com

NEW JERSEY OFFICE
500 Frank W. Burr Blvd
5th Floor, Suite 31
TEANECK, N.J. 07666
(973) 912-9501

November 1, 2019

The application is ✗ granted.
___ denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated: Nov. 1, 2019
White Plains, New York 10601

**By fax to 914 390-4179**
Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *Jones v. Trans Union, LLC and Systems & Services Technologies, Inc.,*
      19 CV 6045 (NSR)

Dear Judge Román:

We represent defendant Systems & Services Technologies, Inc. (SSTI) in connection with the above-referenced action.

SSTI asks that it's time to respond to the complaint be extended from November 1, 2019, the original due date, to December 2, 2019. There have been no prior requests to extend this date. The request is unopposed: plaintiff consents, and codefendant Trans Union has been dismissed from the action. The purpose of the extension is to give SSTI more time to investigate the allegations of the complaint.

Thanks you for your consideration.

Respectfully,

*Ellen Nimaroff*

Ellen Nimaroff

cc (by email):

Daniel Zemel, Esq.
dz@zemellawllc.com

4814-8633-9243/574-1470



# LESTER SCHWAB KATZ & DWYER, LLP
## 100 Wall Street
### New York, New York  10005
### Phone:  (212) 964-6611    Fax:  (212) 267-5916

| | | | |
|---|---|---|---|
| Date: | November 1, 2019 | Employee ID No. | 1175 |
| TO: | Hon. Nelson S. Román<br>United States District Court | NO.: | 914-390-4179 |
| FROM: | Ellen Nimaroff, (212) 341-4249 (direct), enimaroff@lskdnylaw.com | | |
| RE: | Jones v. Trans Union, LLC and Systems & Services Technologies, Inc.<br>19 CV 6045 (NSR) | | |
| CLIENT/MATTER NO. | 574-1470 | Number of Pages: | 2<br>(including cover sheet) |

**If you do not receive all pages as indicated above, please notify the sender.**

Documents in the telecopy transmission contain information from the firm of LESTER SCHWAB KATZ & DWYER, LLP, which is confidential and/or legally privileged and is intended for the use of the individual(s) or entity(ies) named on this transmission sheet. If you have received this telecopy in error, please telephone the sender immediately so that we can arrange for the return of the misdirected telecopy documents to us at no cost to you. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on this telecopied information is strictly prohibited and the documents should be returned to this firm immediately.

**REMARKS:** Please see attached.

☑ Original will not follow.
☐ Original will follow.